UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SETH SHUBERT, et al.,

    Plaintiffs,

CASE NO. 1:20-cv-152

v.

HON. ROBERT J. JONKER

MOR-DALL ENTERPRISES, INC., et al.,

    Defendants.

_____/

**DEFAULT JUDGMENT**

    For the reasons recited in the Court's Order today, default judgment is entered against all Defendants and in favor of Plaintiff Shubert in the amount of $30,598.79; and in favor of Plaintiff Frith in the amount of $160,904.43; together in both cases with pre-judgment interest at the rate of 2.617 percent per annum from the date of the Complaint to the date of Default Judgment, and an award of reasonable attorney fees. Judgment interest shall apply after entry of Default Judgment as allowed by law.

Dated:   March 30, 2023            /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE